IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRUSTEES OF THE PAMCAH-UA LOCAL 675 TRUST FUNDS, ET AL., | ) ) ) | CIVIL NO. 12-00279 JMS/BMK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ELITE MECHANICAL, INC., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 10, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations Granting in Part and Denying in Part Plaintiffs' Motion for Default Judgment Against Defendant Elite Mechanical Inc" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 30, 2012.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge